UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY DEE GILES,

    Movant,

v.

    Case No. 1:16-cv-567

    HONORABLE PAUL L. MALONEY

UNITED STATES OF AMERICA,

    Respondent,
_____/

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.


Date: May 16, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge